JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HART, <br><br> Petitioner, <br><br> v. <br><br> DONNA M. PARRISH, <br><br> Respondent. | Case No. CV 10-9764-UA (OP) <br><br> J U D G M E N T |

IT IS ADJUDGED that the Complaint is denied and this action is dismissed without prejudice.

DATED: 4/8/11

HONORABLE AUDREY B. COLLINS
Chief United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge